

179 WESTBURY AVENUE, CARLE PLACE, NEW YORK 11514   PHONE (516)334-4500   FAX (516)334-4501   WWW.SOKOLOFFSTERN.COM

> Application granted. The time for defendants to file a pre-motion letter and Rule 56.1 Statement with responses as required by Individual Practices Rule 4(E) is extended to 6/14/2023. The case management conference previously scheduled for 5/24/2023 is adjourned to 7/6/2023 at 10:30 a.m. to be held in Courtroom 520 of the White Plains courthouse.
>
> SO ORDERED.
>
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>        May 9, 2023

Hon. Philip M. Halpern
United States District Court
300 Quarropas Street
White Plains, NY 10601

*VIA ECF*

        Re:   *Robinson v. Village of Wappingers Falls, et al.*
              Docket No. 22 Civ. 7510 (PMH)
              Our File No. 220155

Dear Judge Halpern:

      I represent Defendants. I write seeking an extension of time to move for summary judgment.

      On March 13, 2023, this Court extended the deadline for fact and expert discovery until April 14, 2023. *See* ECF Docket Entry No. 12. Under Fed. R. Civ. Pro. 56(b), absent a court order to the order to the contrary, our deadline to move for summary judgment is May 15, 2023. I ask the Court for a thirty-day extension of time to move, that is until June 14, 2023. The press of deadlines in other cases has made it very difficult to move by the current deadline.

      I wish to alert the Court to two other issues, as they may come up at our May 24, 2023 conference. First, Plaintiff has provided no expert disclosure of any kind, including disclosure for the testimony of treating physicians under Fed. R. Civ. Pro. 26(a)(2)(C). Because of that, Defendants have not retained any expert to contradict any medical testimony.

      Second, regarding settlement, I have sought a settlement demand since the beginning of the case but have not received one. Mr. Young advises me that he believes there are medical liens at play here, and he is waiting for official information about that amount. Lacking a demand or lien information, neither mediation nor a settlement conference seems appropriate now.

SOKOLOFF STERN LLP

Hon. Philip M. Halpern
May 8, 2023
Page 2 of 2

      Thank you for your consideration of this matter.

                                                Very truly yours,

                                                **SOKOLOFF STERN LLP**

                                                Brian S. Sokoloff

BSS/--
cc:    All parties

       *VIA ECF*