UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
TRICIA ROBINSON,

                       Plaintiff,

v.                                             **ORDER**

VILLAGE OF WAPPINGERS FALLS, et al.,     22-CV-07510 (PMH)

                       Defendants.
---------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

      Counsel for all parties appeared in person in Courtroom 520 for a pre-motion conference at 10:30 a.m. today.

      For the reasons discussed on the record, the parties are directed to file an Order and Stipulation withdrawing, on Plaintiff's consent, the second and third claims for relief alleged in the complaint, and discontinuing claims alleged against John and Jane Doe defendants who have not been identified or served. The Order and Stipulation shall be filed by July 19, 2023.

      The Court directed the parties to meet and confer concerning resolution of this case. By July 19, 2023, the parties shall write a joint letter setting forth the results of such meet and confer, and advising whether they request a referral to the assigned Magistrate Judge for settlement conferences.

      In the event the case has not settled and Defendants intend to press their motion for summary judgment, the parties shall file, by July 26, 2023, a revised Rule 56.1 Statement which also includes any additional material facts that Plaintiff deems appropriate and necessary, together with Defendants' responses thereto, all in a single document limited to 25 pages representing the Rule 56.1 Statement. Defendants' motion for summary judgment shall be served, not filed, by August 30, 2023; Plaintiff's opposition shall be served, not filed, by September 27, 2023; reply

shall be served by October 10, 2023; and all papers shall be filed on the reply date, October 10, 2023.

In the event Defendants do not intend to press their motion for summary judgment, they shall so advise the Court in the July 19, 2023 letter.

SO ORDERED:

Dated: White Plains, New York
       July 6, 2023

_____
Philip M. Halpern
United States District Judge